JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BIRCHER, Trustee of the Bircher Living Trust<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CV 19-04864 PA (SKx)<br><br>JUDGMENT |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on April 16, 2020,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Metropolitan Life Insurance Company ("Defendant") shall have Judgment in its favor and against plaintiff Ricardo Bircher, Trustee of the Bircher Living Trust ("Plaintiff") on his claim for supplemental life insurance benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: May 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE